IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



**FILED**

JUL 27 2017

Clerk, U.S. District Court
District Of Montana
Billings

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MATTHEW T. MORLEDGE

Defendant.

CR 04-60-BLG-SPW

ORDER

Upon the Defendant's Motion for Early Termination of Supervision (Doc.

89), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good

cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED.

Matthew T. Morledge's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 26th day of July, 2017.

SUSAN P. WATTERS
United States District Judge